**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor (s)**

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Holly Arroyo | : | HONORABLE Michael B. Kaplan |
| | : | CHAPTER 13 |
| Debtor (s) | : | CASE NO.  26-13817 |
| | : | HEARING DATE:  May 27, 2026, at 9:00 a.m. |

### DEBTOR'S CERTIFICATION IN SUPPORT OF
### MOTION TO EXTEND THE AUTOMATIC STAY AS TO MAPLE FINANCE
### COMPANY, WILLIE JONES, AND ALL CREDITORS

I, the debtor, Holly Arroyo, being of full age, hereby certify as follows:

1. I, the debtor in this case, have personal knowledge of the facts set forth herein. I am filing this Certification in support of our Motion to Extend the Automatic Stay under 11 U.S.C. Section 362 as to MAPLE FINANCE COMPANY, WILLIE JONES, and all creditors.

2.  I filed this Chapter 13 bankruptcy on April 06, 2026

3. My previous Chapter 13 Bankruptcy filing was filed on March 11, 2025 (Case No. 25-12512) and was dismissed on August 28, 2025.

4.  Pursuant to Section 362(c)(3)(C)(i)(III), extension of stay is permitted even if a previous case was pending in the preceding year, so long as there has been a substantial change of circumstances.

5. During my previous bankruptcy case, I was unemployed. This caused a major hardship for me; I struggled to maintain the trustee payments and rent payments, which ultimately led to my bankruptcy dismissal.

6. I am now working and can maintain my regular monthly trustee payments as well as my monthly rent payments.

7. I am respectfully requesting that the Chapter 13 trustee and bankruptcy court extend the automatic stay and allow me to proceed with the Chapter 13 plan so I may successfully pay my rental arrears through the plan.

Based on the foregoing, I hereby certify that all the statements above are true and correct to the best of my knowledge.

Date: <u>April 17, 2026</u>

<u>/s/Holly Arroyo</u>
**Holly Arroyo**
Debtor